UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERENA RUIZ,

Plaintiff,

v.

BRIAN GOTTLIEB,

Defendant.

Case No. 2:26-cv-00289-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 3)

Plaintiff initiated this civil action by filing a complaint on February 2, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 3, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because plaintiff's complaint was unintelligible and failed to state a claim or establish this court's subject matter jurisdiction and that the granting of leave to amend would be futile given the nature of the pleading deficiencies. (Doc. No. 3.) Accordingly, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without leave to amend and that plaintiff's motion to proceed *in forma pauperis* be denied. (*Id.*)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 6.) Plaintiff has

not filed any objections to those findings and recommendations and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that the findings and recommendations served on plaintiff were returned to the court on April 13, 2026, marked as "undeliverable, no such street address, unable to forward." Thus it appears that plaintiff has also failed to advise the court of her current address as required by the Local Rule 182(f).